IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RALPH ALVARADO, # 1540596**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:10-CV-1539-L** |
| | § | |
| **WESTERN DISTRICT OF TEXAS PACER ELECTRONIC FILING SYSTEM, et al.**, | § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed August 30, 2010. Plaintiff filed objections on September 9, 2010. Plaintiff also filed two documents on September 2, 2010, and September 7, 2010.

This is a civil action filed by Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. The magistrate judge recommends denying Plaintiff's request to proceed *in forma pauperis* pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The magistrate judge recommends dismissing this civil action pursuant to 28 U.S.C. § 1915(g) if Plaintiff failed to pay the filing fee within ten days of his order.

Plaintiff filed objections and two documents; he has not paid the filing fee. Nothing in these documents directly addresses the pertinent statute or Plaintiff's other cases that count as "strikes" pursuant to 28 U.S.C. § 1915(g). Plaintiff also seeks various relief by listing a number of motions. The court **overrules** Plaintiff's objections and **denies without prejudice** the relief he seeks.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **denies** Plaintiffs motions for leave to proceed *in forma pauperis*, filed August 9, 2010, and August 27, 2010. The magistrate also recommends dismissing this case pursuant to 28 U.S.C. § 1915(g). The magistrate judge did not deny Plaintiff's motion to proceed *in forma pauperis*, and the court will give him additional time to pay the filing fee. The court hereby **orders** Plaintiff to pay the filing fee in this case no later than **September 28, 2010**. Failure to pay the filing fee by this date will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution or failure to comply with a court order.

**It is so ordered** this 14th day of September, 2010.

Sam A. Lindsay
United States District Judge